UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re:<br>    GURU GLOBAL LOGISTIC, LLC<br>              Debtor | Case No.    15-10096-TPA<br><br>Document No. |
| TAMERA OCHS ROTHSCHILD<br>Trustee/Attorney Pro Se | Related Document No. n/a<br><br>Hearing Date: n/a |
|         v.<br><br>NO RESPONDENTS | Objection Deadline: n/a |

_____

### INTERIM STATUS REPORT OF TRUSTEE
_____

AND NOW comes Tamera Ochs Rothschild, Trustee Attorney Pro Se with updated status of this case:

1. The primary asset of the bankruptcy estate is the judgment award entered in Lawrence County Court of Common Pleas at No. 10685 of 2015 C.A.

2. Settlement was reached and a Motion to Approve Settlement was granted on January 16, 2020 at Document No. 190.

3. A Certified Public Accountant was retained on November 12, 2019 at Document No. 176.

4. A tax return was filed with a Request for Prompt Determination on April 13, 2020,

5. Trustee was advised the EIN number on the tax return was wrong due to an error in Debtor's schedules.

6. A second tax return was filed with corrected the correct EIN number on June 1, 2020 and a request for prompt determination was submitted.

7. The sixty (60) days for receipt of the prompt determination expired with no communication from the Internal Revenue Service.

8. On September 15, 2020 Trustee received a letter from the Internal Revenue Service indicating that they received the return and request for prompt determination on July 20, 2020 when their office reopened post Covid, Request for Prompt Determination was refused due to noncompliance, and the tax return needed to be resubmitted on a partnership tax form.

9. All information in Trustee's possession indicated that the Debtor was a single member LLC with pass through income filing on a personal tax return Schedule C.

10. In light of Trustee's lack of any historic evidence of a partnership, a request for reconsideration response letter with a request for prompt determination were mailed September 22, 2020 including with a signed statement of the LLC long term tax preparer, and pre-petition tax returns evidencing single member LLC.

11. On October 13, 2020 Trustee received a letter from the Internal Revenue Service indicating that the 2nd Request for Prompt Determination was not a valid request since the IRS and Trustee did not agree on the type of entity.

12. Trustee called the Internal Revenue Service to determine the status of the return and length of time it will take to process the matter.

13. Trustee was advised that the IRS Processing Service Center would review the return in the ordinary course which was 6 to 8 weeks pre-Covid for paper returns.

14. Trustee does not know if the return will be reviewed in the former customary time frame, and anticipates delays.

15. Trustee will not be filing Trustee's Final Report until the Internal Revenue Service has reviewed and accepted the tax return.

Respectfully Submitted,

Dated: October 21, 2020

*/s/ Tamera Ochs Rothschild, Trustee*
Tamera Ochs Rothschild, Trustee/Pro Se
PA Atty. I.D. No.50466
318 W. Spring St.
Titusville, PA 16354
PHONE: (814) 827-2760
FAX: (814) 827-2840
trothschild@gmx.com