Tamera Ochs Rothschild, Trustee
318 W. Spring St.
Titusville, PA  16354
(814) 827-2760
          Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| GURU GLOBAL LOGISTIC, LLC | § | Case No. 15-10096-TPA |
| Debtor(s) | § | Chapter 7 |
| | § | |
| | | Document No. |
| Tamera Ochs Rothschild, | | |
| Trustee/Attorney Pro Se  Movant | | |
| | | |
| V | | |
| | | |
| No Respondents | | |

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Tamera Ochs Rothschild, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $2,864,274.52 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $2,635,725.48 | |

**UST Form 101-7-TDR (10/1/2010)**

3)  Total gross receipts of $      5,500,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00      (see **Exhibit 2** ), yielded net receipts of  $5,500,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 2,635,725.48 | 2,635,725.48 | 2,635,725.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,508,975.00 | 5,831,802.62 | 5,831,802.62 | 2,864,274.52 |
| **TOTAL DISBURSEMENTS** | $5,508,975.00 | $8,467,528.10 | $8,467,528.10 | $5,500,000.00 |

4)  This case was originally filed under Chapter 7 on January 28, 2015. The case was pending for 79 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2021            By:  /s/Tamera Ochs Rothschild, Trustee
Trustee, Bar No.: 50466

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trustee v. Lancer Insurance Co. | 1249-000 | 5,500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,500,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Tamera Ochs Rothschild, Trustee Fees | 2100-000 | N/A | 188,250.00 | 188,250.00 | 188,250.00 |
| Trustee Expenses - Tamera Ochs Rothschild, Trustee | 2200-000 | N/A | 1,266.49 | 1,266.49 | 1,266.49 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Jeffrey B. Killino, Killino Law Firm | 3210-000 | N/A | 2,200,000.00 | 2,200,000.00 | 2,200,000.00 |
| Other - Jeffrey B. Killino, Killino Law Firm | 3220-000 | N/A | 226,592.85 | 226,592.85 | 226,592.85 |

**UST Form 101-7-TDR (10/1/2010)**

| Other - Eric E. Bononi | 3410-000 | N/A | 1,102.50 | 1,102.50 | 1,102.50 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 18,513.64 | 18,513.64 | 18,513.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,635,725.48** | **$2,635,725.48** | **$2,635,725.48** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lancer Insurance Co. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 -2 | Jeffrey B. Killino, Attorney for McConnell Estate | 7100-000 | N/A | 5,828,834.25 | 5,828,834.25 | 2,862,816.61 |
| 3 | Jeffrey B. Killino, Attorney for McConnell Estate | 7100-000 | 20,000.00 | 2,968.37 | 2,968.37 | 1,457.91 |
| NOTFILED | NTA National Transportation Assoc. | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Karen McFarland | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John E. Nedlik | 7100-000 | 3,975.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank NA Two PNC Plaza | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The Killino Firm PC | 7100-000 | 5,465,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$5,508,975.00** | **$5,831,802.62** | **$5,831,802.62** | **$2,864,274.52** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-10096-TPA

**Case Name:** GURU GLOBAL LOGISTIC, LLC

**Period Ending:** 09/03/21

**Trustee:** (580770)    Tamera Ochs Rothschild, Trustee

**Filed (f) or Converted (c):** 01/28/15 (f)

**§341(a) Meeting Date:** 03/10/15

**Claims Bar Date:** 07/18/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Lancer Insurance Company, Plaintiff v. Guru Glob  (u) 2018 Bad Faith Judgment entered. This asset FA because the appeal on the underlying trial judgement is overshawdowed by bad faith appeal and will not likely be resurrected. 90 Superior Court Appeal stayed.  No value to Estate expected but not fully administered pending litigation Lancer appointed Counsel- Stephanie Hersperger added D#10 | Unknown | 0.00 | | 0.00 | FA |
| 2 | Guru v PA Transport and Rangru  (u) 2018 Bad Faith litigation claim. $0 award. Alter Ego, preference and fraudulent transfer  trucks, trailers, and a 2012 Toyota Tundra pending litigation Attorney Killino employed at Doc. No. 96 | Unknown | 0.00 | | 0.00 | FA |
| 3 | Trustee v. Lancer Insurance Co. (u) IRS pending see Status Report D#200. Funds received tax returns filed. Settled $5,500,00.00. C/O D#190.costs $2426592.85 approved legal fees and costs + $927380.36 reduction in original value. Motion filed D178 w fee claim $2,200,000.00 costs $226,592.85. Bad Faith Claim Judgement Awarded $6427380.36 + interest.  Appealed. Attorney Killino employed at Doc. No. 96 | Unknown | 3,073,407.15 | | 5,500,000.00 | FA |
| 4 | MCS-Endorsement Litigation  (u) MCS90 $0 award.  Lancer to discontinue the appeal Part of Bad Faith litigation - Ultimately a POC settoff by Lancer against awardwith appeal pending. Judgement to McConnells at Trial $1,000,000.00. Awarded to McConnells not Bankryuptcy Estate. No value to estate. Amends at Doc #10 | Unknown | 0.00 | | 0.00 | FA |
| 5 | Trustee v. Johnson dba Howard Transport  (u) 2018 2018 Bad Faith litigation claim. $0 award. joint tort feasor, libability underlying state jury award. No value to estate expected but not fully administered | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-10096-TPA | **Trustee:** (580770)  Tamera Ochs Rothschild, Trustee |
| **Case Name:** GURU GLOBAL LOGISTIC, LLC | **Filed (f) or Converted (c):** 01/28/15 (f) |
| | **§341(a) Meeting Date:** 03/10/15 |
| **Period Ending:** 09/03/21 | **Claims Bar Date:** 07/18/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | pending litigation | | | | | |
| 5 | **Assets**  **Totals** (Excluding unknown values) | $0.00 | $3,073,407.15 | | $5,500,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Distribution to General Unsecured Creditors - 49.11%

**Initial Projected Date Of Final Report (TFR):**      January 28, 2018       **Current Projected Date Of Final Report (TFR):**      April 16, 2021  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-10096-TPA | | Trustee: | Tamera Ochs Rothschild, Trustee (580770) |
|---|---|---|---|---|
| Case Name: | GURU GLOBAL LOGISTIC, LLC | | Bank Name: | People's United Bank |
| | | | Account: | ********2632 - Checking Account |
| Taxpayer ID #: | **-***9547 | | Blanket Bond: | $9,932,890.00  (per case limit) |
| Period Ending: | 09/03/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/24/20 | | THe Killino Law Firm P C | C/O No  190 | | | 3,073,407.15 | | 3,073,407.15 |
| | {3} | | Court Order #190 | 5,500,000.00 | 1249-000 | | | 3,073,407.15 |
| | | Jeffrey B. Killino, Killino Law Firm | Attorney Fee CO #190 | -2,200,000.00 | 3210-000 | | | 3,073,407.15 |
| | | Jeffrey B. Killino, Killino Law Firm | Attorney Costs CO #190 | -226,592.85 | 3220-000 | | | 3,073,407.15 |
| 01/29/20 | | Transfer from 2632 to 1620 | Transfer from 2632 to 1620 | | 9999-000 | | 3,073,407.15 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 3,073,407.15 | 3,073,407.15 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,073,407.15 | |
| **Subtotal** | 3,073,407.15 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $3,073,407.15 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-10096-TPA | **Trustee:** Tamera Ochs Rothschild, Trustee (580770) |
| **Case Name:** GURU GLOBAL LOGISTIC, LLC | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******8984 - Checking Account |
| **Taxpayer ID #:** **-***9547 | **Blanket Bond:** $9,932,890.00  (per case limit) |
| **Period Ending:** 09/03/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/20 | | Transfer from 4083 to 8984 | Transfer from 4083 to 8984 | 9999-000 | 3,073,407.15 | | 3,073,407.15 |
| 02/03/20 | 10101 | International Sureties, Ltd | BOND #106026363 PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2020 FOR CASE #15-10096, UST bond premium | 2300-000 | | 73.64 | 3,073,333.51 |
| 03/19/20 | 10102 | International Sureties, Ltd | Required Bond 1.5 x  holding | 2300-000 | | 9,220.00 | 3,064,113.51 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 2,453.69 | 3,061,659.82 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 4,893.63 | 3,056,766.19 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 4,722.95 | 3,052,043.24 |
| 06/04/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -4,722.95 | 3,056,766.19 |
| 06/16/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -7,347.32 | 3,064,113.51 |
| 12/19/20 | 10103 | International Sureties, Ltd | UST Bond #016225890 | 2300-000 | | 9,220.00 | 3,054,893.51 |
| 08/13/21 | 10104 | Eric E. Bononi | Dividend paid 100.00% on $1,102.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,102.50 | 3,053,791.01 |
| 08/13/21 | 10105 | Jeffrey B. Killino, Attorney for McConnell Estate | Pursuant to Revised Distribution Order D# 218, 219, 220 dated 8/02/2021 | 7100-000 | | 2,862,816.61 | 190,974.40 |
| 08/13/21 | 10106 | Jeffrey B. Killino, Attorney for McConnell Estate | Pursuant to Revised Distribution Order D# 218, 219, 220 dated 8/02/2021 | 7100-000 | | 1,457.91 | 189,516.49 |
| 08/13/21 | 10107 | Tamera Ochs Rothschild, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 189,516.49 | 0.00 |
| | | | Dividend paid 100.00%          188,250.00 on $188,250.00;  Claim# ; Filed: $188,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          1,266.49 on $1,266.49;  Claim# ; Filed: $1,266.49 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,073,407.15 | 3,073,407.15 | $0.00 |
| Less: Bank Transfers | 3,073,407.15 | 0.00 | |
| **Subtotal** | 0.00 | 3,073,407.15 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,073,407.15** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 15-10096-TPA | | Trustee: | Tamera Ochs Rothschild, Trustee (580770) |
|---|---|---|---|---|
| Case Name: | GURU GLOBAL LOGISTIC, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8984 - Checking Account |
| Taxpayer ID #: | **-***9547 | | Blanket Bond: | $9,932,890.00  (per case limit) |
| Period Ending: | 09/03/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 3,073,407.15 |
|---|---|---|
| | Plus Gross Adjustments : | 2,426,592.85 |
| | Net Estate : | $5,500,000.00 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ********2632** | 3,073,407.15 | 0.00 | 0.00 |
| **Checking # ******8984** | 0.00 | 3,073,407.15 | 0.00 |
| | $3,073,407.15 | $3,073,407.15 | $0.00 |

{} Asset reference(s)